**Todd M. Friedman (SBN 216752)**
**Adrian R. Bacon (SBN 280332)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**21031 Ventura Blvd Suite 340**
**Woodland Hills, CA 91364**
**Phone: 323-306-4234**
**Fax: 866-633-0228**
**tfriedman@toddflaw.com**
**abacon@toddflaw.com**

*Attorneys for Plaintiff, and all others similarly situated*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY BRUNO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BLUETRITON BRANDS, INC. <br><br> Defendant. | Case No. 2:24-cv-01563-MWF-JPR <br><br> **NOTICE OF DISMISSAL** |

   Plaintiff, PERRY BRUNO, by and through their undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendants have not filed an answer or a motion for summary judgment.

1

Dated: September 3, 2024				Respectfully submitted,

            LAW OFFICES OF TODD M. FRIEDMAN, P.C.

           By: /s/ Todd M. Friedman
            TODD M. FRIEDMAN, ESQ.
            Attorney for Plaintiff

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 3, 2024, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: Plaintiff's Notice of Dismissal:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on September 3, 2024, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.


By: s/ Todd M. Friedman
       Todd M. Friedman